

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2018

No. 04-17-00856-CR

John Paul **SIERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1737C
Honorable Lorina I. Rummel, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 10, 2018.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2018.

Keith E. Hottle, Clerk